v. Commissioner of Internal Revenue v. Commissioner of Internal Revenue v. Commissioner of Internal Revenue v. Commissioner of Internal Revenue v. Commissioner of Internal Revenue v. Vivian Hoard